TRINA A. HIGGINS, United States Attorney (#7349)
KELSY B. YOUNG, Special Assistant United States Attorney (#14076)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: kelsy.young@usdoj.gov

**1:24-mj-0048 SKO**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. BEAU VENZ, et al., Defendant. | Case No. 2:24-cr-00115 ORDER TO UNSEAL INDICTMENT (ENTIRE CRIMINAL CASE) Judge Jared C. Bennett |
|---|---|

The Court, based upon the foregoing Government's Motion to Unseal Indictment, and good cause appearing, hereby orders that the seal is lifted in the above-entitled matter.

DATED this __19__ day of April, 2024.

_____
JARED C. BENNETT
UNITED STATES MAGISTRATE JUDGE